**FILED**

10/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0131

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0131

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOHNATHAN JAMES,

      Defendant and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Cuffe, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 11 2023